# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL HUFF,** | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| vs. | : | NO. 16-2740 |
| | : | |
| **QUAKERTOWN COMMUNITY** | : | |
| **SCHOOL DISTRICT,** | : | |
| Defendant | : | |

## O R D E R

**AND NOW,** this 12th day of September, 2017, upon consideration of the defendant's motion to dismiss (Document #16), and the plaintiff's response in opposition thereto (Document #17), IT IS HEREBY ORDERED that the motion is DENIED in its entirety.

BY THE COURT:

 */s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, C. J.